AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| U.S. Securities and Exchange Commission | ) |
| *Plaintiff* | ) |
| v. | ) Case No.    18-mc-350 |
| Windsor Street Capital, LP | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, U.S. Securities and Exchange Commission                                             .

Date:      08/01/2018

s/ Maureen Peyton King
*Attorney's signature*

Maureen Peyton King MK-2151
*Printed name and bar number*

U.S. Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Room 400
New York, NY 10281
*Address*

kingmp@sec.gov
*E-mail address*

(212) 336-0111
*Telephone number*

*FAX number*